

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00036-CR

Lars Erik **ITZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2163
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 28, 2018.

_____
Irene Rios, Justice